IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OAKMONT NOTE GROUP LLC : CIVIL ACTION
:
v. :
:
PETER J. ANDREWS, et al. : NO. 12-5257

ORDER

AND NOW, this 14th day of August, 2013, whereas, throughout the course of this litigation, both defendants' counsel and the Court have on numerous occasions identified problems with the plaintiff's case that bear on this Court's subject matter jurisdiction; and WHEREAS the Court has recently issued two orders directing the plaintiff to provide information in an attempt to satisfy its jurisdictional concerns; and WHEREAS the plaintiff still has not adequately demonstrated the existence of subject matter jurisdiction almost one year after this case was first filed; IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that this case is DISMISSED without prejudice for lack of subject matter jurisdiction.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.